**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KEVIN HOU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SOGOTRADE, INC., | ) ) ) Case No. 4:25-CV-00841-NCC |
| Defendant. | ) ) ) ) ) |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) (Doc. 16). Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has not served an answer or a motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay Case (Doc. 13) is **DENIED, as moot.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED, without prejudice**.

Dated this 3rd day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE